IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LANCE WELLS                                            PLAINTIFF

v.                      CASE NO. 5:18-CV-00052 BSM

SHANE GREEN, et al.                                  DEFENDANTS

## ORDER

After careful review of the record, United States Magistrate Judge Beth Deere's partial recommended disposition [Doc. No. 52] is adopted, Wells's motion for summary judgment [Doc. No. 51] is denied, and his motion for a scheduling order is denied as moot.

Further, the recommended disposition [Doc. No. 60] is adopted, the facts are deemed admitted, and the defendants' motion for summary judgment [Doc. No. 53] is granted. Additionally, the clerk is directed to change the name of defendant David Palmer to David Ponder. The case is dismissed with prejudice.

IT IS SO ORDERED this 9th day of May 2019.

                                                                              _____
                                                                                  UNITED STATES DISTRICT JUDGE