IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LANCE WELLS                                                        PLAINTIFF

v.                     CASE NO. 5:18-CV-00052 BSM

SHANE GREEN, et al.                                    DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 9th day of May 2019.

_____
UNITED STATES DISTRICT JUDGE